**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
       -vs-                 )    No.  CR-99-44-T
                            )
TONY MARTINEZ DURAN,        )
                            )
            Defendant.      )

**JUDGMENT AND COMMITMENT ORDER**
**ON REVOCATION OF SUPERVISED RELEASE**

A final hearing on the petition on supervised release action was held September 15, 2005 with the Government appearing by Mary M. Smith, Assistant United States Attorney, and the defendant, Tony Martinez Duran, appearing in person and with his counsel, Joseph L. Wells.

Defendant was advised of the allegations contained in the 3rd Amended Petition on supervised release, and acknowledged having received a copy of the petition and having read the same. Defendant understood the allegations contained in the petition and the punishment he faced if supervised release were revoked.

Mr. Duran admitted certain of the violations set forth in the petition, specifically that he had submitted urine

samples on May 11, 2005, May 19, 2005, May 25, 2005, June 13, 2005 and September 7, 2005, that tested positive for cocaine. The Court is satisfied a factual basis for the admissions has been demonstrated. The Court finds Mr. Duran has violated his supervised release as the result of failure to refrain from the use of narcotics or other controlled substances.

Pursuant to 18 U.S.C. § 3565, the Court revokes Mr. Duran's supervised release and sentences him to six (6) months in the custody of the Bureau of Prisons. No period of supervised release following this incarceration is imposed.

Defendant is remanded to the custody of the United States Marshal. The Clerk is to deliver certified copies of this Judgment and Commitment Order to the United States Marshal and the Probation Office.

IT IS SO ORDERED this 16th day of September, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE